**Anthony D. NORWOOD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65132.**

Missouri Court of Appeals, Western District.

April 11, 2006.

Jeannie M. Willibey, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before: LOWENSTEIN, P.J., ELLIS and NEWTON, JJ.

### ORDER

PER CURIAM.

Anthony Norwood was charged with first-degree robbery. The trial court accepted his plea of guilty. Norwood timely filed a post-conviction motion for relief pursuant to 24.035 which was denied without evidentiary hearing by the motion court. Norwood appeals, arguing that there was not a sufficient factual basis to support his guilty plea. After review of the briefs of the parties and the record on appeal, we find no error and affirm. Rule 84.16(b).